# United States District Court
# For The Western District of North Carolina
# Asheville Division

TRAVIS MONTREAL SANTIAGO,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:10cv21
1:06cr51

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/13/2010 Order.

FRANK G. JOHNS, CLERK

Signed: July 13, 2010

Frank G. Johns, Clerk
United States District Court